

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00264-CV

Ex Parte Ernesto Aleman

On Appeal from the
103rd District Court of Cameron County, Texas
Trial Cause No. 2017-DCL-7034

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be DISMISSED. The Court orders the appeal DISMISSED in accordance with its opinion. No costs are assessed as appellant is exempt from payment.

We further order this decision certified below for observance.

July 26, 2018